CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
C. W. HOFFMAN, JR., ESQ.
Nevada Bar No. 5370
S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
5100 W. Sahara Ave.
Las Vegas, Nevada 89146
(702) 799-5373
Attorney for Defendant,
CLARK COUNTY SCHOOL DISTRICT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUSAN E. GUNN, | CASE NO. 2:10-cv-00419-JCM-PAL |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada, ROE Corporations I-X and DOES I-X, inclusive, | |
| Defendants. | |

COMES NOW, Plaintiff and Defendant Clark County School District ("District"), by and through their attorneys of record, and hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, and each party to bear its own costs and attorney's fees.  The parties agree that neither party is a prevailing party in this action and neither party will seek any attorney's fees

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1  or costs pursuant to any rule, statute or law, whether local, state

2  or federal.

3        DATED this ___16___ day of ~~August~~, *September* 2010.

4

5        CLARK COUNTY SCHOOL DISTRICT
       Office of the General Counsel        NELSON LAW

6

7  By: _____/s/_____            By: _Nicholas Hamilton_
       S. SCOTT GREENBERG                  SHARON NELSON

8      Nevada Bar No. 4622                 Nevada Bar No. 6433
       5100 W. Sahara Ave.                 NICHOLAS L. HAMILTON

9      Las Vegas, Nevada 89146             Nevada Bar No. 10893
       Attorneys for Defendants            401 N. Buffalo Dr.

10                                         Suite 100
                                          Las Vegas, NV 89141

11                                         Attorney for Plaintiff

12  IT IS SO ORDERED:

13

14  Date: September 27, 2010      _____
                                  U.S. DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -